## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY A/S/O 20'S HIDEOUT RESTAURANT, LLC,<br><br>　　　Plaintiff,<br><br>vs.<br><br>LIBERTY GRAPHICS & SIGNS, LLC and LIBERTY SIGNS, LLC,<br><br>　　　Defendants. | Case No.:<br><br>Amount Claimed: $583,000.00<br><br>**PLAINTIFF DEMANDS TRIAL BY JURY** |

### COMPLAINT AT LAW

NOW COMES the Plaintiff, THE TRAVELERS INDEMNITY COMPANY A/S/O 20'S HIDEOUT RESTAURANT, LLC (hereinafter referred to as TRAVELERS) by and through its attorneys, MAISEL & ASSOCIATES, and for its Complaint at Law against Defendants, LIBERTY GRAPHICS & SIGNS, LLC and LIBERTY SIGNS, LLC states as follows:

### GENERAL ALLEGATIONS

#### Jurisdiction and Venue

1.　The jurisdiction of the Court over this matter is invoked pursuant to 28 USC §1331 and 1332.

2.　Venue is appropriate in the Southern District of Illinois pursuant to 28 USC §1391(c), as the Defendant corporations would be subject to personal jurisdiction at the time this action is commenced.

**Diversity of Citizenship**

3. At all times mentioned herein Plaintiff, THE TRAVELERS INDEMNITY COMPANY (hereinafter TRAVELERS) was a Connecticut corporation, doing business within the State of Illinois as a property casualty insurer with headquarters at 1 Tower Square, Hartford, Connecticut.

4. The action at bar is one for subrogation being brought by TRAVELERS as subrogee of 20'S HIDEOUT RESTAURANT, LLC, an Illinois corporation with offices and restaurant business located at 2601 Wanda Drive, Marion, Illinois ("the Premises").

5. The Plaintiff's insured, 20's HIDEOUT RESTAURANT, LLC is not a party to this litigation and has no financial interest in the outcome of this proceeding. Recovery of the Plaintiff's insured's deductible or any losses sustained thereby not covered by the Plaintiff's insurance policy is not being sought in this litigation.

6. At all times mentioned herein, Defendant, LIBERTY GRAPHICS & SIGNS, LLC was an Illinois Corporation whose offices and business was located at 600 N. Market, Marion, IL 62959.

7. Defendant, LIBERTY SIGNS, LLC was an Illinois Corporation located at 600 N. Market Street, Marion, Illinois that was involuntarily dissolved in November of 2018.

8. On information and belief, LIBERTY GRAPHICS & SIGNS, LLC is the successor corporation to LIBERTY SIGNS, LLC.

9. Complete "Diversity of Citizenship" exists between the Plaintiff, TRAVELERS, who is a citizen of the State of Connecticut, and the Defendants, who are citizens of the State of Illinois.

10. The amount in controversy exceeds $75,000.

## COUNT ONE-NEGLIGENCE

11. Plaintiff realleges paragraphs 1 through 10 of the General Allegations above as paragraph 11 of Count One as if set forth herein *in haec verba*.

12. On February 28, 2020, and for a period of time beforehand, Plaintiff's insured, 20'S HIDEOUT RESTAURANT, INC was the owner of a restaurant building and business located at 2602 Wanda Drive, Marion, IL.

13. At all times mentioned herein, there was in full force and effect a policy of insurance issued by TRAVELERS which insured the restaurant business, its operations, contents, equipment, fixtures, furniture, stock and building at 2602 Wanda Drive, Marion, IL which was owned by 20'S HIDEOUT RESTAURANT, INC from casualty losses including damage caused by fire pursuant to policy numbered 680-007177M238.

14. At all times mentioned herein, Defendant, LIBERTY GRAPHICS & SIGNS, LLC was an Illinois Corporation whose offices and business was located at 600 N. Market Street, Marion, IL 62959.

15. Defendant, LIBERTY SIGNS, LLC was an Illinois Corporation located at 600 N. Market Street, Marion, Illinois that was involuntarily dissolved in November of 2018.

16. On information and belief, LIBERTY GRAPHICS & SIGNS, LLC is the successor corporation to LIBERTY SIGNS, LLC

17. Sometime prior to February 28, 2020, Defendants, LIBERTY SIGNS, LLC and LIBERTY GRAPHICS & SIGNS, LLC, as the successor corporation to LIBERTY SIGNS, LLC, were engaged to install and/or repair and/or service neon signage and electrical wiring servicing said signage at the Plaintiff's insured building at 2602 Wanda Drive, Marion, IL.

18. Sometime prior to February 28, 2020, Defendants, LIBERTY SIGNS, LLC and LIBERTY GRAPHICS & SIGNS, LLC, as the successor corporation to LIBERTY SIGNS, LLC, performed electrical work and/or otherwise supervised other contractors and sub-contractors who performed worked under their direction and control, installing or repairing or servicing signage at Plaintiff's insured building at 2602 Wanda Drive, Marion, IL. including the installation, servicing or repairs of the electrical wiring for the sign's neon tubing.

19. On February 28, 2020, an arcing event, causing fire and smoke damage to the Plaintiff's insured restaurant building, its contents, furniture, equipment, fixtures and stock as well as damage to its business operations, occurred at the above referenced facility owned and operated by the Plaintiff's insured, 20'S HIDEOUT RESTAURANT, INC at 2602 Wanda Drive, Marion, IL due to the direct contact of wiring with the metal roof structure.

20. At all times mentioned herein, Defendants, LIBERTY SIGNS, LLC and LIBERTY GRAPHICS & SIGNS, LLC, as the successor corporation to LIBERTY SIGNS, LLC, owed a duty to Plaintiff's insured, 20'S HIDEOUT RESTAURANT, INC and all current, prior and future owners of said location as well as the general public to

4

perform their work in a good and workmanlike fashion and to exercise reasonable care in the installation, repair and servicing of electrical energized signage.

21. In breach of said duty, Defendants, LIBERTY SIGNS, LLC and LIBERTY GRAPHICS & SIGNS, LLC as the successor corporation to LIBERTY SIGNS, LLC, committed one or more of the following acts and/or omissions:

   a. Installed the wiring of the tubing on a neon sign in direct contact with a metal roof when they knew of should have known that such installation configuration allowed for the potential of an arcing event and fire.

   b. Failed to install wire nuts during the installation, servicing, or repair of wiring of the tubing on a neon sign to prevent direct contact of the wiring with the metal roof when they knew or should have known that the failure to install wire nuts allowed for the potential of an arcing event and fire.

   c. Failed to properly specify, wire, install, service, assemble, test and/or otherwise failed to properly supervise the installation of the wiring of neon tubing of the signage it installed or supervised.

   d. Failed to properly and adequately supervise and instruct its employees, contractors and subcontractors to properly install and wire electrical energized signage so that it would not fail thereby causing it to arc, flame, overheat and/or ignite other building combustibles at the Plaintiff's insured's restaurant facility.

5

  e. Failed to take reasonable and necessary steps to ensure that the performance of any installation, repair and/or servicing of signage was done in such a way so as to prevent fires such as the subject fire loss.

  f. Failed to comply with all applicable codes, regulations, guidelines, installation manuals, instruction manuals, warnings, policies, procedures, industry customs and practices in connection with the installation, repair, and/or servicing of the wiring, tubing, neon, and signage at the Plaintiff's insured's facility.

  g. Was otherwise careless and negligent in the performance of the subject project in ways that will be revealed during discovery herein.

  22. On or about February 28, 2020, as a direct and proximate result of the aforesaid acts and/or omissions on the part of the Defendants, a fire started in or about restaurant facility owned and operated by the Plaintiff's insured, 20'S HIDEOUT RESTAURANT, INC at 2602 Wanda Drive, Marion, IL when wiring installed by the Defendants failed to an arc, flame and/or otherwise overheated and ignited building combustibles thereby causing fire, smoke and water damage throughout the facility and thereby damaging the building, its contents, equipment, stock, furniture and fixtures and causing an interruption of the Plaintiff's insured business and occasioning loss of profits and income.

  23. As a direct and proximate result of the aforesaid negligent acts of the Defendants, on February 28, 2020, Plaintiff's insured sustained damages to the subject restaurant building, its contents, equipment, furniture, stock and fixtures and causing an

6

interruption of the Plaintiff's insured business and loss of profits and income in an amount in excess of $583,000.

24. As a direct and proximate result of the aforesaid negligent acts of the Defendants, LIBERTY SIGNS, LLC and LIBERTY GRAPHICS & SIGNS, LLC as the successor corporation to LIBERTY SIGNS, LLC, the Plaintiff, TRAVELERS became obligated under its policy to make payments to and on behalf of its insured, 20'S HIDEOUT RESTAURANT, INC, and continues to make payments, as a result of damages sustained to the building, its fixtures, equipment, contents, stock and furniture, lost profits and business income and business interruption which was occasioned by the conduct of the Defendants which required repair, replacement or reimbursement, which cost an amount exceeding the sum of FIVE HUNDRED EIGHTY THREE THOUSAND DOLLARS ($583,000); said sums TRAVELERS has paid and continues to pay.

25. As a result of the payments made and to be made by it in the future, the Plaintiff, TRAVELERS became a bona fide subrogee in the amount and to the extent of its payment made and to be made.

WHEREFORE, Plaintiff, TRAVELERS prays that this Court award judgment in its favor and against the Defendants, LIBERTY SIGNS, LLC and LIBERTY GRAPHICS & SIGNS, LLC as the successor corporation to LIBERTY SIGNS, LLC in an amount equal to the damage payments made and which may be made by it in the future to or for the benefit of its insured, pursuant to its policy of insurance, on account of the premises alleged herein and the damages caused by the Defendants; said damages being well in excess of FIVE HUNDRED EIGHTY THREE THOUSAND DOLLARS ($583,000).

**COUNT TWO-BREACH OF IMPLIED AND COMMON LAW WARRANTIES**

26. Plaintiff re-alleges and incorporates paragraphs 1-10 of the General Allegations and 11 through 25 of Count I as paragraph 26 of Count II as if fully set forth herein.

27. In agreeing to perform installation, repair and servicing work at the Plaintiff's insured restaurant facility as described in the allegation contained in Count One, which are fully incorporated herein, the Defendants impliedly warranted that the work would be performed in a skillful, careful, diligent, and workmanlike manner and in accordance with applicable codes, standards and practices.

28. Defendants, LIBERTY SIGNS, LLC and LIBERTY GRAPHICS & SIGNS, LLC as the successor corporation to LIBERTY SIGNS, LLC, breached the implied warranty that the work performed would be done so in a workmanlike manner when the method utilized by their employees, agents and sub-contractors to install, repair and/or service electrically energized neon signage which is described full in paragraph 21 of Count I and which is incorporated herein as if fully stated herein, posed a substantial and unreasonable risk of fire and caused consequent damage to the above described restaurant business including the building, its contents, equipment, fixtures, furniture and stock, as well as its operations, income and profits and other property.

29. As a direct and proximate result of the Defendants' breaches of warranties, as described aforehand, on February 28, 2020, a fire started in or about the restaurant facility owned and operated by the Plaintiff's insured, 20'S HIDEOUT RESTAURANT, INC, when wiring installed by the Defendants failed to an arc, flame or otherwise overheated igniting building combustibles and causing fire, smoke and water damage

throughout the facility damaging the building, its contents, equipment, fixtures, furniture and stock and causing an interruption of the Plaintiff's insured business and loss of profits and income; said damages being in an amount in excess of $583,000.

30. As a direct and proximate result of the aforesaid breaches of warranties of the Defendants, LIBERTY SIGNS, LLC and LIBERTY GRAPHICS & SIGNS, LLC as the successor corporation to LIBERTY SIGNS, LLC, the Plaintiff, TRAVELERS became obligated under its policy to make payments to and on behalf of its insured, 20'S HIDEOUT RESTAURANT, INC, as a result of damages sustained to the building, its fixtures, equipment, contents and furniture, stock, loss of profits and business income and business interruption which was occasioned by the conduct of the Defendants which required repair, replacement or reimbursement, in an amount at a cost exceeding the sum of FIVE HUNDRED EIGHTY THREE THOUSAND DOLLARS ($583,000); said sums TRAVELERS has paid and continues to pay.

31. As a direct and proximate result of the Defendants' breaches of its warranties, the Plaintiff, TRAVELERS became obligated to and did in fact make payments to and continues to make payments to its insured, 20'S HIDEOUT RESTAURANT, INC, pursuant to the terms of its policy of insurance and thereby became a bona fide subrogee in the amount of and to the extent of its payments.

WHEREFORE, Plaintiff, TRAVELERS requests that this Court award judgment in its favor and against the Defendants, LIBERTY SIGNS, LLC and LIBERTY GRAPHICS & SIGNS, LLC as the successor corporation to LIBERTY SIGNS, LLC in an amount equal to the damage payments made and which may be made by it in the future to its insured, pursuant to its policy of insurance, on account of the premises

alleged herein and the damages caused by the Defendants; said damages being well in excess of FIVE HUNDRED EIGHTY THREE THOUSAND DOLLARS ($583,000).

                                            MAISEL & ASSOCIATES

                                   By: /s/ Robert J. Spinazzola
                                              Robert J. Spinazzola
                                              Attorney for Plaintiff

Robert J. Spinazzola (ARDC#6181417)
MAISEL & ASSOCIATES
**Mailing Address**
P.O. Box 64093
St. Paul, MN 55164-0093
**Street Address**
161 North Clark Street
Suite 800
Chicago, IL 60601
O :(312) 458-6500
D :(312) 458-6544
General Email: RPMLaw1@travelers.com
rspinazz@travelers.com