## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY,<br>*on behalf of* 20's Hideout Restaurant, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY GRAPHICS & SIGNS, LLC<br>and LIBERTY SIGNS, LLC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)     No.    22-cv-1526 JPG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### MEMORANDUM AND ORDER

This matter comes before the Court on the plaintiff's stipulation of dismissal (doc. 65). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Here, plaintiff has presented a stipulation of dismissal signed by all parties. Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: 5/9/2023

*s/J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE